COMMERCIAL BANK OF ST. PAUL v. AZOTINE MANUFACTURING COMPANY and Others.[1]

December 10, 1897.

Nos. 10,581—(12).[2]

Appeal by defendant Philip Reilly from a judgment of the district court for Ramsey county, entered pursuant to findings of Otis, J. Affirmed.

[1] Reported in 73 N. W. 1102.     [2] October, 1897, term.

*Warren H. Mead*, for appellant.

*Young & Lightner*, for respondent Anchor Investment Company.

PER CURIAM.

Philip Reilly, one of the appellants herein, died pending his appeal, and this case, as to his appeal, was continued at the last term, to permit of the substitution of his administrator, which has been done. The case, however, as to his co-defendant, was heard, and the judgment affirmed, at the last term. See Commercial v. Azotine Co., supra, page 232. The case is identical as to each appellant, and the judgment must be also affirmed as to Reilly. So ordered.